**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

TERRY TANT,

      Plaintiff,

      v.

INTERNATIONAL PAPER COMPANY,

      Defendant.

CIVIL ACTION NO.: 4:21-cv-54

**O R D E R**

Before the Court is a Stipulation of Dismissal With Prejudice signed and filed by both counsel for Plaintiff and counsel for Defendant on October 6, 2021, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney fees and costs. (Doc. 22.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**, with each party to bear its own attorney fees and costs.  The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 20th day of October, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA